## First District.

In re Estate of Catherine McKeogh, deceased. Anna Atkinson, appellee, v. Michael J. Kilbride, appellant. Gen. No. 39,411.

Opinion filed December 15, 1937. Rehearing denied December 28, 1937.
Charles P. R. Macaulay, for appellant. Hubert L. Steed and Werner H. Sommers, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Trust Company of Chicago, administrator of estate of Clarence Hawkins, deceased, appellant, v. Frank McDermott, trading as McDermott Brewing Company et al., appellees. Gen. No. 39,463.

Opinion filed December 15, 1937.
Zedrick T. Braden, Houston H. Hall and George S. Barnes, for appellant. Rosen, Francis & Rosen, for appellees; Ralph Rosen and Frederic L. Goff, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Mary S. Hight et al., appellees, v. City of Chicago, appellant. Gen. No. 39,555.

Opinion filed December 15, 1937.
Barnet Hodes, Corporation Counsel, for appellant; John W. McCarty, Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel. James W. Breen, for appellees.
Mr. Presiding Justice Hebel delivered the opinion of the court.